IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Daniel Deloir, | : | Case No. 3:15-cv-02287 |
| | : | |
| Petitioner, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| David J. Ebbert, | : | |
| | : | (Chief Magistrate Judge Carlson) |
| | : | |
| Respondent. | : | |

**ORDER**

December 1, 2016

**BACKGROUND:**

On November 27, 2015, Petitioner, Daniel Deloir, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.[1]

On July 5, 2016 Chief Magistrate Judge Martin C. Carlson, to whom the petition is jointly assigned, issued a report and recommendation recommending that the petition be denied. Petitioner did not file objections.

For portions of the report and recommendation to which no objection is made, the court should, as a matter of good practice, "satisfy itself that there is no

---

[1] The matter was originally assigned to The Honorable Robert D. Mariani. It was transferred to the undersigned on November 21, 2016.

1

clear error on the face of the record in order to accept the recommendation."[2]

Regardless of whether timely objections are made by a party, the district court may accept, not accept, or modify, in whole or in part, the findings or recommendations made by the magistrate judge.[3]

The Court has thoroughly reviewed the report and recommendation and has satisfied itself that there is no clear error. For the sake of judicial economy, the undersigned will not rehash the sound reasoning of the Chief Magistrate Judge. The report and recommendation is adopted in full. ECF No. 23.

**IT IS HEREBY ORDERED THAT:**

1. The Petition for Writ of Habeas Corpus is DENIED. November 27, 2015, ECF No. 1.

2. The Report and Recommendation of the Chief Magistrate Judge is ADOPTED in full. July 5, 2016, ECF No. 23.

3. There is no basis for the issuance of a certificate of appealability.

4. The clerk is directed to close the case file.

BY THE COURT:

---

[2] Fed.R.Civ.P. 72(b), advisory committee notes; see also Univac Dental Co. v. Dentsply Intern., Inc., 702 F.Supp.2d 465, 469 (M.D.Pa.2010) (citing Henderson v. Carlson, 812 F.2d 874, 878 (3d Cir.1987) (explaining that judges should give some review to every report and recommendation)).

[3] 28 U.S.C. § 636(b)(1); Local Rule 72.31.

/s Matthew W. Brann
Matthew W. Brann
United States District Judge